**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.   Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1.  Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl
    Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF").  As a result of exposure
    to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental
    anguish, economic injuries, and personal injuries as described below.

2.  Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3.  Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |

| | |
|---|---|
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒    Diversity

    ☐    Federal Question

    ☐    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer

> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – _____
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others
> _____

_____

_____

**<u>Jury Demand</u>**

10. Plaintiffs demand a trial by jury as to all claims in this action.


Date: _____9/4/2025_____

                                  Respectfully Submitted,

                                  The Kuykendall Group, LLC

                                  ____/s/*Frederick T. Kuykendall, III*_____

                                  **FREDERICK T. KUYKENDALL, III**
                                  23710 US Hwy 98, Suite D-1
                                  Fairhope, AL 36532
                                  Email: ftk@thekuykendallgroup.com
                                  Phone: 205-434-2866


                                  Dickey Anderson Law Firm

                                  _____*Aaron K. Dickey*_____

                                  **DICKEY ANDERSON LAW FIRM**
                                  1104 Moorlands Drive, 2nd Floor
                                  Saint Louis, MO 63117
                                  Email: aaron@dickeyanderson.com
                                  Phone: 314-810-6768

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Allison, Natasha | 5/4/1973 | TX | Texas S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Artis, Willie | 8/5/1983 | VA | Virginia E DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Baker, Shenika | 8/8/1982 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Baptiste, Laure | 3/31/1985 | FL | Florida S DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Bates, Montrez | 12/24/1971 | MI | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Bennett, Marietta | 6/1/1968 | MO | Missouri W DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Bickley, George | 1/2/1977 | SC | South Carolina DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 8. | Black, Carrington | 11/21/1986 | NJ | New Jersey DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Bowen, Lakisha | 9/17/1984 | AR | Florida Mid DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 10. | Brown, Philip | 6/11/1982 | TX | Texas S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Brown, Vera | 8/8/1969 | TX | Texas S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Brown, Yasin | 7/20/1983 | NY | NY N DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Bruins, Mervin | 5/27/1994 | CA | Cali C DC | Yes | No | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Carpenter, Duane | 1/18/1976 | SC | South Carolina DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Carr, Beulah | 6/20/1978 | KS | Kansas DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Carter, Phileene | 5/26/1976 | LA | Middle District of Louisiana | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Comstock, Charles | 8/28/1979 | NJ | District of New Jersey | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Cook, Leroy | 12/18/1971 | AL | Northern District of Alabama | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Cooley, Rose | 11/3/1993 | NV | Nevada DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 20. | Cooper, Dwight | 6/18/1988 | GA | Georgia S DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Cooper, Myra | 7/28/1971 | AL | Northern District of Alabama | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Crummey, Duvall | 9/29/1988 | SC | District of South Carolina | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Diamond, Dionne | 2/20/1976 | MO | Western District of Missouri | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 24. | Dillon, Wayne | 8/24/1960 | MS | Southern District of Mississippi | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | Dorvil, Jean | 10/22/1972 | FL | Florida Mid DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 26. | Dumas, Ataray | 10/8/1980 | GA | Georgia N DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | Durant, Shelion | 8/10/1972 | MO | Western District of Missouri | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Ellis, Davonte | 4/18/1984 | VA | Virginia E DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 29. | Escalera, Nikolas | 9/17/1996 | TX | Southern District of Texas | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Evans, Andrew | 1/19/1984 | TX | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Evans, Dywane | 4/2/1982 | MO | Western District of Missouri | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Evans, Joseph | 2/17/1978 | MD | Maryland DC | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Evans, Willie | 1/26/1961 | GA | Georgia S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 34. | Fields, James | 7/5/1972 | NY | NY E DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | Fleming, Yashita | 1/25/1978 | LA | Middle District of Louisiana | Yes | No | Maybe | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Flournoy, David, Jr. | 3/15/1982 | MO | Western District of Missouri | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Gage, David | 12/22/1948 | MO | Western District of Missouri | Yes | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 38. | Gage, Barbara OBO Gage, David | 12/22/1948 | MO | Western District of Missouri | Yes | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X |
| 39. | Gates, Bernard | 7/20/1972 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Gibbons, Jazma | 11/5/1988 | FL | Florida Mid DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Goodman, Kendricks | 7/4/1984 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Graham, Charles | 5/26/1989 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Gray-Blake, Kristin | 7/7/1983 | TX | Northern District of Texas | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 44. | Greggs, Tiffaney | 5/2/1979 | TX | Southern District of Texas | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Griffin, Brandon | 3/4/1988 | NV | Nevada DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Hardy, Quintin | 12/9/1979 | NY | NY S DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Harvey, Jasmin | 3/26/1984 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Hawkins, Everette | 3/11/1973 | NV | Nevada DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Hicks, Linda | 3/25/1955 | NY | NY S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 50. | Holmes, Glenda | 7/31/1979 | NJ | New Jersey DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 51. | Hymon, Charles | 1/8/1990 | GA | Georgia S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Iheanacho, Daniel | 6/25/1999 | CA | Central District of California | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Ingalls, Cornell | 10/17/1981 | NJ | New Jersey DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 54. | Jernigan, Deavante | 1/31/1998 | TX | Southern District of Texas | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Johnson, Bridget | 9/28/1971 | FL | Florida S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Johnson, Jarvis | 6/23/1987 | NV | Nevada DC | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Johnson, Nikolos | 11/7/1984 | CA | Northern District of California | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 58. | Jones, Demetrius | 11/18/1993 | IL | Northern District of Illinois | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | Jones, Kimberly | 12/29/1979 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | Jones, Lonnie | 10/4/1981 | GA | Georgia S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 61. | Joseph, Manoucheka | 4/24/1982 | FL | Florida S DC | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 62. | Kent, Latasha | 6/30/1983 | IL | Northern District of Illinois | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 63. | King, Kieandre | 8/15/1982 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Knight, Amber | 4/3/1985 | IN | Southern District of Indiana | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 65. | Lane, Demetrius | 4/30/1996 | IL | Northern District of Illinois | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Lane, Eddie | 12/31/1980 | GA | Georgia N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 67. | Laurent, Jeson | 3/7/1990 | FL | Florida S DC | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Leber, Leslie | 2/1/1980 | HI | District of Hawaii | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 69. | Lee, Damond | 8/17/1983 | MD | Maryland DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 70. | Love, Demarcus | 11/25/1980 | KS | Kansas DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Malcolm, Romaine | 9/28/1985 | NY | NY E Dc | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 72. | McCullough, James | 9/25/1961 | CA | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | Milton, Alex | 6/20/1989 | GA | Georgia S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 74. | Mims, Richard | 1/5/1994 | LA | Middle District of Louisiana | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 75. | Mitchell, Alvernetta | 3/30/1981 | SC | District of South Carolina | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 76. | Montgomery, Bruce | 12/31/1969 | CA | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 77. | Morris, Malcolm | 3/22/1991 | AL | Northern District of Alabama | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 78. | Newman, Roderick | 10/14/1982 | TX | Southern District of Texas | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | Owens, Jameka | 8/20/1983 | TX | Eastern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Owens, Thasha | 3/31/1985 | TX | Eastern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | Patillo, Andre | 1/24/1989 | TN | Western District of Tennessee | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 82. | Paxton, Charles | 11/2/1972 | MN | Minnesota DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 83. | Perry, Heather | 8/6/1976 | CA | Eastern District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Philogene, Rudolphe | 5/7/1981 | NY | NY E DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 85. | Pulley, Melvin | 7/24/1981 | TX | Northern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Rankin, Gary | 2/21/1978 | LA | Middle District of Louisiana | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 87. | Rawls, Kevin, Sr. | 3/4/1980 | MS | Southern District of Mississippi | YES | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 88. | Rivera, Elias | 3/30/1984 | NJ | New Jersey DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Robinson, Antonio | 4/20/1986 | GA | Georgia S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 90. | Robinson, Karen | 9/12/1967 | NY | NY S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | Rolens, Robert | 12/6/1953 | FL | Florida Mid DC | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | Runnels, Kati | 8/15/1978 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | Samuel, Dewey | 3/8/1975 | AL | Alabama M DC | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 94. | Scott, Cortez | 3/30/1975 | CA | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 95. | Scriven, Jason | 9/27/1974 | CA | Northern District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 96. | Sejour, Antonio | 11/15/1966 | IN | Southern District of Indiana | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Shannon, James | 10/17/1969 | TX | Northern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 98. | Simmons, Ryan | 6/11/1993 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Simms, Brandon | 2/13/1982 | MO | Western District of Missouri | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Simpson, Corey | 8/4/1981 | GA | Georgia N DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 101. | Skillings, Shane | 3/6/1967 | NY | NY S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 102. | Smith, Harvey | 7/20/1970 | FL | Florida S DC | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 103. | Smith, Jelani | 7/15/1983 | KS | Kansas DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Smith, Laverne | 5/17/1978 | MO | Western District of Missouri | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Stephenson, Dyian | 4/4/1972 | TX | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 106. | Stovall, Charles | 10/10/1968 | MI | Eastern District of Michigan | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Tarrant, Jay | 12/4/1957 | TX | Eastern District of Texas | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Tasker, Charles | 11/7/1960 | AZ | Arizona DC | Yes | No | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Taylor, Marcus | 8/26/1986 | MO | Western District of Missouri | YES | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 110. | Tindall, Darrel | 4/29/1971 | CA | Central District of California | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 111. | Torres, Sean | 6/15/1995 | TX | Southern District of Texas | Yes | No | Yes | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 112. | Upton, Gregory | 5/16/1986 | TX | Northern District of Texas | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Vallier, Anthony | 8/6/1977 | TX | Southern District of Texas | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Virgil, Jaron | 7/15/1982 | CA | Northern District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Walker, Tijhe | 12/12/1988 | LA | Eastern District of Louisiana | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 116. | Watkins, Eric | 1/9/1957 | NC | North Carolina E DC | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | West, Adrienne | 5/4/1971 | FL | Florida S DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 118. | Wheeler, Jason | 1/27/1986 | GA | Georgia S DC | Yes | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 119. | Williams, Christopher | 10/21/1998 | IL | Northern District of Illinois | Yes | No | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 120. | Williams, Joseph | 2/13/1989 | NY | NY N DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 121. | Williams, Phileika | 4/16/1974 | NY | NY E DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 122. | Wilson, Danny | 3/20/1975 | KS | Kansas DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 123. | Winstead, Tasheriah | 9/8/1986 | NJ | New Jersey DC | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 124. | Wise, Arsenio | 9/29/1987 | CA | Central District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. | | | | | | | | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 150. | | | | | | | | | |